UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARRELL WILLIAMS, #179642      )
                               )
          Plaintiff,           )
                               )   CASE NO. 2:10-cv-657-ID
v.                             )            (WO)
                               )
RICHARD ALLEN, *et al.*,       )
                               )
          Defendants.          )

## **O R D E R**

This case is before the Court on two Recommendations of the Magistrate Judge (Docs. #21 and #22) and the Plaintiff's Objection to the Magistrate Judge Recommendations (Doc. #23). The Plaintiff's Objection includes a Rule 60(b) motion in response to an Order of the Magistrate Judge directing the Plaintiff to file an amended complaint (Doc. #20). After the Plaintiff filed his Objection and Rule 60(b) motion, the Magistrate Judge vacated its previous Order for an amended complaint (Doc. #24). As a result, the Plaintiff's Rule 60(b) motion is due to be denied as moot.

There are two other motions filed by the plaintiff that are pending: a motion to certify the case as a class action (Doc. #7), and a motion for a preliminary injunction (Doc. #3). The Magistrate Judge has made recommendations regarding both motions. The Magistrate Judge recommends that the Plaintiff's motion to certify the case as a class action be denied. (Doc. #21). The Magistrate Judge also recommends that the Plaintiff's Motion for a Preliminary

1

Injunction be denied.  (Doc. #22).

The Court has made a *de novo* determination of those portions of the Recommendations of the Magistrate Judge to which objection is made.  After this determination, it is CONSIDERED and ORDERED that

1.  The Plaintiff's Objection to the Magistrate Judge Recommendations (Doc. #23) be and the same is OVERRULED;

2.  The Recommendations of the Magistrate Judge  (Docs. #21 and #22) be and the same are hereby ADOPTED, APPROVED, and AFFIRMED;

3.  The Plaintiff's motion to certify the case as a class action (Doc. #7) be and the same is hereby DENIED;

4.  The Plaintiff's motion for a Preliminary Injunction (Doc. #3) be and the same is hereby DENIED;

5.  The Plaintiff's Rule 60(b) motion contained in the Objection (Doc. #23) be and the same is hereby DENIED as moot; and

6.  This case be and the same is hereby REFERRED back to the Magistrate Judge for additional proceedings.

Done this the 31st day of August, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE