IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL WILLIAMS, #179642, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-CV-657-WKW |
| RICHARD ALLEN, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On February 20, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 132.)  Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED.  The action is DISMISSED WITH PREJUDICE.  An appropriate final judgment will be entered separately.

DONE this 18th day of March, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE